UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No:<u>07-11000-WGY</u>

**JAMES BARTHEL**
**Plaintiff**

v.

**CDI CORPORATION**
**ROGER BALLOU**
**MARK KERSCHNER**
**Defendant**

JUDGMENT

This action came before the Court for a nonjury trial. The issues have been tried and the Court has entered its Findings of Fact and Conclusions of Law.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT CDI CORPORATION . ROGER BALLOU AND MARK KERSCHNER are hereby dismissed..**

Sarah A. Thornton
Clerk

**So Approved**

/s/ William G. Young
**USDJ**

/s/ Elizabeth Smith
**Deputy Clerk**

**December 4, 2008**

**To: All Counsel**